UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN YAN LUIS,
                           Plaintiff,

          -against-

DALMATA, LLC,
                         Defendants.
-------------------------------------------------------------X

23 Civ. 9050 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated October 18, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference.

    WHEREAS, the initial pretrial conference is currently scheduled for November 22, 2023, at 4:10 P.M.

    WHEREAS, Defendant has not filed a notice of appearance and Plaintiff has not filed proof of service.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.

    WHEREAS, on November 15, 2023, Plaintiff filed a letter requesting to adjourn the initial pretrial conference *sine die* pending service on Defendant. It is hereby

    **ORDERED** that Plaintiff shall file proof of service or a status letter regarding his efforts to serve Defendant by **November 22, 2023**.

    **ORDERED** that the initial pretrial conference scheduled for November 22, 2023, is adjourned to **December 6, 2023, at 4:10 P.M.** The parties shall file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference.

Dated: November 16, 2023
       New York, New York

                                               LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE