# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * **Fax:** 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

January 3, 2024

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

Re:    **Kevin Yan Luis v. Dalmata, LLC – Case No. 1:23-cv-09050-LGS**

To the Honorable Judge Lorna G. Schofield,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the initial conference currently scheduled for January 10, 2024 pursuant to Your Honor's Order dated November 29, 2023 (Dkt. No. 9).  The Defendant's time to answer expired on December 28, 2023.  Plaintiff respectfully requests that the initial conference be adjourned to February 9, 2024 to give Plaintiff an opportunity to make contact with the Defendant or in the alternative, to file a motion for a default judgment.  This is the second time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Plaintiffs' Attorney*

Application **GRANTED.**  The conference scheduled for January 17, 2024, is **ADJOURNED** to **February 7, 2024, at 4:10 P.M.**  The parties shall file their pre-conference materials by **February 1, 2024**.  If Plaintiff is unable to make contact with Defendant by that time, Plaintiff shall file a status letter on its efforts to contact Defendant or move for default judgment by **February 1, 2024.**

Dated: January 10, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE